UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Billy Ray Speight                                    Docket No. 5:12-CR-361-1H

**Petition for Action on Supervised Release**

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Billy Ray Speight, who, upon an earlier plea of guilty to Possession of a Stolen Firearm, in violation of 18 U.S.C. §922(j) and 18 U.S.C. § 924(a)(2) and Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on June 6, 2013, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Billy Ray Speight was released from custody on July 8, 2015, at which time the term of supervised release commenced. On September 10, 2015, a DROPS Sanction Report to the Court was submitted advising that the defendant tested positive for marijuana on August 27, 2015. A request for the DROPS Program sanction was forwarded to the Bureau of Prisons for the service of his 2 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was scheduled to report to the Cumberland County Jail on October 17, 2015, for the service of his 2 day DROPS Sanction. Speight failed to report, and he claims that he did not have transportation. Additionally, Speight was instructed to call the probation officer on October 19, 2015, and he failed to do so. As a sanction for his failure to complete his 2 days in jail, and his failure to call the probation officer, the probation office is recommending that he complete 30 days home detention. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: November 9, 2015

Billy Ray Speight
Docket No. 5:12-CR-361-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 10th day of November 2015 and ordered filed and made a part of the records in the above case.

*Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge